IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02661-WYD-MEH

MARIA J. CISNEROS,

    Plaintiff,

v.

TOWN OF CENTER, a Colorado municipal corporation,
WADE LANGER, individually and in his official capacity as a police officer for the Town of Center, and
JOSE CHACON, individually and in his official capacity as a police officer for the Town of Center,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is Defendants' Joint Motion for Protective Order and Request for *In Camera* Review [filed June 25, 2009; docket #58]. Defendants and Plaintiff request *in camera* review of the Defendant officers' personnel files and the documents related to complaints made against other officers in the Town of Center. (Docket #58 at 5.) Accordingly, Defendants shall submit the subject documents in hard copy and appropriately labeled directly to Chambers no later than **August 4, 2009**, for *in camera* review.

Dated at Denver, Colorado, this 21st day of July, 2009.

                                                BY THE COURT:

                                                s/ Michael E. Hegarty
                                                Michael E. Hegarty
                                                United States Magistrate Judge