IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02661-WYD-MEH

MARIA J. CISNEROS,

    Plaintiff,

v.

TOWN OF CENTER, a Colorado municipal corporation,
WADE LANGER, individually and in his official capacity as a police officer for the Town of Center, and
JOSE CHACON, individually and in his official capacity as a police officer for the Town of Center,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 25, 2009.**

    The Motion for Leave from the Court for Defendant Jose Chacon not to Attend Settlement Conference Scheduled for August 27, 2009 [filed August 24, 2009; docket #77] is **denied without prejudice** with leave to re-file.  The Court typically grants such requests, but only if unopposed by all other parties; therefore, counsel for Chacon should refile the motion and include the position of the other parties in this lawsuit, in compliance with the local rules.