IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02661-WYD-MEH

MARIA J. CISNEROS,

    Plaintiff,

v.

TOWN OF CENTER, a Colorado municipal corporation;
WADE LANGER, individually and in his official capacity as a police officer for the Town of Center; and
JOSE CHACON, individually and in his official capacity as a police officer for the Town of Center,

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

Upon consideration of the parties' Stipulated Motion for Dismissal it is

ORDERED that the Stipulated Motion for Dismissal (Doc. 81), filed August 28, 2009 is GRANTED.  All claims and causes of action asserted by Plaintiff in this case against the Town of Center, and Wade Langer and Jose Chacon in their official capacities, are **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

    Dated:  August 31, 2009

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Chief United States District Judge